# AFFIDAVIT OF DEBTOR THOMAS ALLEN SMITH

STATE OF MISSOURI

COUNTY OF JACKSON

I, Thomas Allen Smith, swear under penalties of perjury, that the following is correct and accurate:

1. On February 6, 2014, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.
2. Prior to filing the instant case, Debtors participated in (1) separate bankruptcy within the one-year period and that this is the second bankruptcy pending within the previous year.
3. Debtors' most recent bankruptcy case (12-50897) was filed, pursuant to Chapter 13, Title 11 of the United States Code on Dec. 19, 2012, in the Western District of Missouri, and dismissed on July 18 2013.
4. Said case was dismissed for Debtors' failure to make plan payments.
5. My prior Chapter 13 case was not dismissed because we failed to file or amend our petition or any required documents, or to provide adequate protection as ordered by the court.
6. My prior Chapter 13 case was not dismissed at a time when there had been a motion for relief that was pending before the court or resolved with an order terminating, conditioning or limiting the stay.
7. During the period of Debtor's last bankruptcy, Debtor was assisting his 84 year old mother with her expenses, including her mortgage, in an effort to prevent her from losing her home. Debtor was unable to keep up on his payments for his own bankruptcy while assisting his mother with her financial crisis. Mother's financial crisis was averted, and Debtor can now focus his energy more fully on his own financial situation.
8. Debtor is now working consistently and is pursuing additional income through his part time endeavor painting cars. The car-painting venture should allow extra income to pay toward the plan.

9. Debtor also owns 10 vehicles and 5 trailers he is willing and ready to liquidate to produce more funds to pay toward creditors.

10. Debtor also believes he has greater than $50,000 of equity in the home he currently owns, and would be willing to sell it if necessary to completely fund his plan in the event his additional income and other assets are insufficient.

11. Debtor has also engaged different counsel and is engaging a different strategy than previously to maximize his chances of successfully completing the Chapter 13 Plan set forth.

12. My petition in this case has been filed in good faith. I believe that the Chapter 13 plan we have submitted will be confirmed and that I will be able to fully perform under the terms of the plan.

13. There is no of lack of good faith arising pursuant to § 362(c)(3)(C) or § 362(c)(4)(D).

_____  2-6-14
Signature                        Date


Subscribed and sworn to before me this 6 day of February, 2014

_____
Notary Public

STEVEN A. SHEPHERD
Notary Public - Notary Seal
State of Missouri, Jackson County
Commission # 13548142
My Commission Expires Nov 14, 2017